JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| RONALD CUMMINS, an individual;<br><br>        Plaintiff,<br><br>v.<br><br>PINNACLE CREDIT SERVICES, LLC, a Minnesota limited liability company; EXPERIAN INFORMATION SOLUTIONS, INC., an Ohio corporation; TRANSUNION CORP., a Delaware corporation; and DOES 1 through 10, inclusive,<br><br>        Defendants. | Case No.  CV 14-7386-GW(PJWx)<br><br>**ORDER GRANTING STIPULATION TO DISMISS ACTION** |

///

///

[PROPOSED] ORDER                                -1-                                14-cv-07386

Plaintiff Ronald Cummins and Defendant Pinnacle Credit Services, LLC having stipulated to the dismissal of this action with prejudice as a result of a settlement between Plaintiff Ronald Cummins and Defendant Pinnacle Credit Services, LLC, the court hereby **GRANTS** the stipulation to dismiss this action with prejudice.

Dated: November 6, 2015

_____
Hon. George H. Wu
United States District Judge